UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

PATRICIA CASTAGNA and NICK SARRACCO

                Plaintiffs,                              09 **CIVIL** 9332 (ER)

-against-                                  **JUDGMENT**

BILL LUCENO and MAJESTIC KITCHENS, INC,
                Defendant.

-------------------------------------------------------------X

Defendants having moved for summary judgment (Doc. #31) on March 23, 2012, and the matter having come before the Honorable Edgardo Ramos, United States District Judge, and the Court thereafter, on February 4, 2013, having handed down its Opinion and Order granting Defendants' Motion for summary judgment, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order, dated February 4, 2013, Defendants' Motion for summary judgment is granted; accordingly, the case is closed.

**Dated:** White Plains, New York
        February 4, 2013

                                                                   RUBY J. KRAJICK
                                                                   **Clerk of Court**