UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PATRICIA CASTAGNA and NICK SARRACCO,

                            Plaintiffs,      **NOTICE OF APPEAL**

-against-                            09-CV-9332 (ER)

BILL LUCENO AND MAJESTIC KITCHENS, INC.,

                            Defendants.
-----------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that the above-named plaintiff Patricia Castagna, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment dated February 4, 2013 implementing the February 4, 2013 Order and Opinion of the United States District Court, Southern District of New York (Honorable Edgardo Ramos), which granted defendant's motion for summary judgment and the preceding non-final Order and Opinion dated April 26, 2011 which dismissed certain claims in the Amended Complaint. The Judgment appealed from was entered February 4, 2013 and a true copy is annexed hereto as Exhibit A.

Dated: Uniondale, New York
       March 5, 2013

                                            RUSKIN MOSCOU FALTISCHEK, P.C.

                                            By: _____
                                                E. Christopher Murray
                                                *Attorney for Plaintiff-Appellant*
                                                1425 RXR Plaza
                                                East Tower, 15th Floor
                                                Uniondale, New York 11556-0190
                                                (516) 663-6600

TO:  CONSTANTINO FRAGALE, ESQ.
     575 White Plains Road
     Eastchester, New York 10709
     (914) 337-4001

     LEONARD VIOLI, ESQ.
     910 East Boston Post Road
     Mamaroneck, New York 10453
     (914) 698-6200

565009